Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Joseph M. Marquez, Assistant Prosecuting Attorney, Jackson County, Independence, MO, for Respondent.

Before BRECKENRIDGE, P.J., and HOWARD and HOLLIGER, JJ.

## ORDER

Amy M. Bartholow, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Asst. Atty. General, Jefferson City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Michael A. Jackson appeals the jury conviction of unlawful use of a weapon in violation of Section 571.030, RSMo, 2000. Having carefully considered the contentions on appeal, we affirm the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Michael A. JACKSON, Appellant.**

**No. WD 60605.**

Missouri Court of Appeals,
Western District.

Submitted July 2, 2002.

Decided Aug. 6, 2002.